### GROSS v. TOWNSEND et al.

(Supreme Court, Appellate Term. March 9, 1900.)

APPEAL—VERDICT—CONFLICTING EVIDENCE.

    Where a question was fairly submitted on an impartial charge, and there was a conflict of evidence, and no preponderance as a matter of law, the verdict cannot be disturbed on appeal.

Appeal from municipal court, borough of Manhattan, Fourth district.

Action by Paul Gross against Charles J. Townsend and another. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

Charles J. Pearson, for appellants.
John W. Brainsby, for respondent.

PER CURIAM. This case turned upon a question as to the delivery of one certificate. This question was fairly submitted to the jury through an impartial charge, and, as there was a conflict of evidence upon it, and no preponderance, as matter of law, the verdict cannot be disturbed. There was no error in the admission of evidence, and Mr. Townsend was sufficiently connected with the matter. The record excites a fear that the jury came to a wrong conclusion, but this will not suffice for a reversal.

Judgment affirmed, with costs.